**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KATE LOUISE POWELL,

     Plaintiff,          Case No.: 1:26-cv-02199

v.

                   Judge Andrea R. Wood

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", Magistrate Judge Daniel P.
                   McLaughlin

     Defendants.

## <u>NOTICE OF DISMISSAL</u>

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 11  | COZY HOME PAGE |
| 29  | bucktee |

DATED:  May 29, 2026      Respectfully submitted,

                */s/ Keith A. Vogt*
                Keith A. Vogt
                FL Bar No. 1036084/IL Bar No. 6207971
                Keith A. Vogt PLLC
                1820 NE 163rd Street, Suite #306
                North Miami Beach, Florida 33162
                Telephone: 312-971-6752
                E-mail: keith@vogtip.com

                ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 29, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt