**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KATE LOUISE POWELL,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-02199

Judge Andrea R. Wood

Magistrate Judge Daniel P. McLaughlin

## <u>NOTICE OF DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | ZHENGBIN NCLSDRSL |
| 5 | guangzhouguanmingshangmaoshanghang |
| 6 | GuangZhouChaZiRouDianZiShangWuYouXianGongSi |
| 8 | zhanshihaohao |
| 9 | shangqiushixingxinwuzihuishouyouxiangongsi |
| 10 | niubiwangchenmaoyiyouxiangongsi |
| 14 | henanruiqihaowangluokeji |
| 15 | xixinp |
| 16 | US-LX |
| 17 | US-JYQ |
| 20 | GIANGYB DESIGN |

| | |
|---|---|
| 22 | Choke Merry |
| 23 | Minvin Store |

DATED:  May 29, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 29, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt