Exhibit 1

**001 JHHYHBH**

# Order Summary

Order placed February 18, 2026 | Order # 114-1601282-5361818

**Ship to**

███████████

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa  ending in ████

[ View related transactions ]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $12.98 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $12.98 |
| Estimated tax to be collected: | $1.33 |
| **Grand Total:** | **$14.31** |

**Arriving tomorrow**



Just A Girl Who Loves Books Book Sleeve Pouch Gifts for Women Librarian Book Lovers Bookish Group Club Friends Teachers, Book Cover with Zipper Front Pocket Handle for paperbacks 9 x 12 Inch
Sold by: JHHYHBH
Supplied by: Other
$12.98

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices  ☑☒
© 1996-2026, Amazon.com, Inc. or its affiliates

**003 WearDecor**

# Order Summary

Order placed February 18, 2026    |    Order # 114-1869659-5067426

**Ship to**

███████████
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa   ending in ████

[ View related transactions ]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $18.99 |
| Shipping & Handling: | $2.00 |
| Total before tax: | $20.99 |
| Estimated tax to be collected: | $1.95 |
| **Grand Total:** | **$22.94** |

**Arriving March 27 - April 6**



OGHNBV Trinidad And Tobago Skeleton Smoke Women's Seamless Underwear Sexy Bikini Panties Lightweight
Sold by: WearDecor
Supplied by: Other
$18.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996–2026, Amazon.com, Inc. or its affiliates

**004 YYCHRDW**

**Case: 1:26-cv-02199 Document #: 29-4 Filed: 05/29/26 Page 7 of 45 PageID #:260**

# Order Summary

Order placed March 27, 2026   |   Order # 114-2413356-0207401

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▬▬▬▬▬ | Visa ending in ▬▬ | Item(s) Subtotal: | $9.99 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $9.99 |
| United States | | Estimated tax to be collected: | $1.02 |
| | | **Grand Total:** | **$11.01** |

### Arriving Monday



CHRDW Vintage Tin Wall Art for Bohemian Office Decor - Inspirational Quotes for Women - Unique Home Gift and Personality Decor (Colorful)

Sold by: YYCHRDW

Supplied by: Other

$9.99

Back to top

amazon

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices ☑✕

© 1996–2026, Amazon.com, Inc. or its affiliates

**007 liaochenshangmao**

# Order Summary

Order placed February 18, 2026 | Order # 114-1293924-2576260

| | | |
|---|---|---|
| **Ship to** | **Payment method** | **Order Summary** |

**Ship to**

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in ▮▮▮

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $11.99 |
| Shipping & Handling: | $11.98 |
| Total before tax: | $23.97 |
| Estimated tax to be collected: | $1.23 |
| **Grand Total:** | **$25.20** |

---

### Arriving March 2 - March 9



Dreacoss Metal Tin Retro Sign She has The Soul of a Gypsy The Heart of a Hippie and The Spirit of a Fairy Vintage Metal Poster, Wall Art,Vintage Aluminum Sign for Home Coffee Wall Decor 8x12inch

Sold by: liaochenshangmao

Supplied by: Other

$11.99

Back to top

amazon

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ☑✗
© 1996-2026, Amazon.com, Inc. or its affiliates

**012 shao WEGFWERG POSTER**

# Order Summary

Order placed February 18, 2026    |    Order # 114-5189390-0549054

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ████████ 15TH FLOOR 1111 W 35TH ST CHICAGO, IL 60609-1404 United States | Visa ending in ████ View related transactions | Item(s) Subtotal: | $15.00 |
| | | Shipping & Handling: | $5.00 |
| | | Total before tax: | $20.00 |
| | | Estimated tax to be collected: | $1.54 |
| | | **Grand Total:** | **$21.54** |

**Arriving March 2 - March 9**



Wall art decoration- Girl and Butterfly Abstract Art Woman poster HD canvas print painting suitable for room living room Bar gym home decor (08x12inch-Unframed)
Sold by: shao WEGFWERG POSTER
Supplied by: Other
$15.00

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✗
© 1996–2026, Amazon.com, Inc. or its affiliates

**013 Hanmeixiu**

Case: 1:26-cv-02199 Document #: 29-4 Filed: 05/29/26 Page 13 of 45 PageID #:266

# Order Summary

Order placed March 27, 2026   |   Order # 114-6386047-0067458

**Ship to**

[REDACTED]

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa   ending in [REDACTED]

[ View related transactions ]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $34.98 |
| Shipping & Handling: | $2.98 |
| Total before tax: | $37.96 |
| Estimated tax to be collected: | $3.59 |
| **Grand Total:** | **$41.55** |

## Arriving April 9 - April 16



Framed Boho Girls Motivational Quotes Poster Canvas Print Art Poster Painting Pictures Wall Decor Wall Art Print for Living Room Bedroom Dorm Room Home Decor Stunning Trendy (Black framed,12L X16W)

Sold by: Hanmeixiu

Supplied by: Other

$34.98

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

**018 3-15 Days Delivery-iPeTata**

Case: 1:26-cv-02199 Document #: 29-4 Filed: 05/29/26 Page 15 of 45 PageID #:268

# Order Summary

Order placed March 27, 2026    |    Order # 114-9839855-2982603

**Ship to**

▇▇▇▇▇▇

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa   ending in ▇▇▇

( View related transactions )

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $19.99 |
| Shipping & Handling: | $3.00 |
| Total before tax: | $22.99 |
| Estimated tax to be collected: | $2.05 |
| **Grand Total:** | **$25.04** |

**Arriving April 13 - April 22**



iPeTata Street Trendy Versatile Shirt Graphic Print Short Sleeves for Women Men White

Sold by: 3-15 Days Delivery-iPeTata

Supplied by: Other

$19.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996–2026, Amazon.com, Inc. or its affiliates

**019 HOZZIFY**

# Order Summary

Order placed February 18, 2026    |    Order # 114-6872877-7290607

| Ship to | Payment method | Order Summary | |
|---|---|---|---|
| 15TH FLOOR 1111 W 35TH ST CHICAGO, IL 60609-1404 United States | Visa ending in  View related transactions | Item(s) Subtotal: | $19.99 |
| | | Shipping & Handling: | $6.99 |
| | | Total before tax: | $26.98 |
| | | Estimated tax to be collected: | $2.05 |
| | | **Grand Total:** | **$29.03** |

### Arriving March 6



I Am Proud Of You - To My Daughter Gift From Mom - Gift For Daughter Black Coffee Mug - Happy Birthday Party Daughter (11oz)
Sold by: HOZZIFY
Supplied by: Other
$19.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996–2026, Amazon.com, Inc. or its affiliates

**021 Inifis**

# Order Summary

Order placed March 27, 2026    |    Order # 114-8830593-2385041

| Ship to | Payment method | Order Summary | |
|---|---|---|---|
| 15TH FLOOR 1111 W 35TH ST<br>CHICAGO, IL 60609-1404<br>United States | Visa   ending in ▮▮▮▮<br><br>View related transactions | Item(s) Subtotal:<br>Shipping & Handling:<br>Total before tax:<br>Estimated tax to be collected:<br>**Grand Total:** | $39.95<br>$3.98<br>$43.93<br>$4.09<br><br>**$48.02** |

### Arriving April 7 - April 9



Daughter Jewelry From Mom, Gifts for Daughter From Mother - To My Daughter From Mom Necklace – Mother To Daughter Gifts For Christmas, Thanksgiving, Birthday, Graduation, Wedding - P51

Sold by: Inifis

Supplied by: Other

$39.95

Back to top

amazon

Conditions of Use      Privacy Notice      Consumer Health Data Privacy Disclosure      Your Ads Privacy Choices  ✓✗

© 1996-2026, Amazon.com, Inc. or its affiliates

**024 RUNCHI**

# Order Summary

Order placed March 27, 2026  |  Order # 114-5071734-4057833

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▓▓▓▓▓▓ | Visa ending in ▓▓ | Item(s) Subtotal: | $13.13 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $13.13 |
| United States | | Estimated tax to be collected: | $1.35 |
| | | **Grand Total:** | **$14.48** |

### Arriving Monday



JGA JOGGING ARM Diamond Art Painting Shopping Canvas Tote Handbag Case Girl Cat Pattern for Adult Women Handwork

Sold by: RUNCHI

Supplied by: Other

$13.13

Back to top

amazon

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996–2026, Amazon.com, Inc. or its affiliates

**025 diamondpaintingpro**

Case: 1:26-cv-02199 Document #: 29-4 Filed: 05/29/26 Page 23 of 45 PageID #:276

 **Diamond Painting Pro**
23 January 2026 . Payment

**−$26.99 USD**

**Paid with**

$26.99 USD

You'll see "PAYPAL *DIAMONDPAINWF7N" on your card statement.

**Ship to**

1111 W 35TH ST
15TH FLOOR
CHICAGO, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

6NV21799YY3320450

**Seller info**

Diamond Painting Pro
**support@diamondpaintingpro.com**

**Invoice ID**

rUKCkKDD1Obhcb9Xk3J57 Fv2Q

**Order summary**

 Sunflowers and Girl | Diamond Painting - 30x30cm(11.8"x11.8") / Square Diamond  $26.99 USD

**Total**  **$26.99 USD**

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 July 2026**. You may be **eligible for purchase protection**

**026 prodpdiy**

 **prodiamondpainting.com**
11 February 2026 . Payment

**−$18.25 USD**

**Paid with**

$18.25 USD

You'll see "PAYPAL *PRODIAMONDPUU72" on your card statement.

**Ship to**

111 W JACKSON BLVD
2W
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

88687953HF822004U

**Seller info**

prodiamondpainting.com
**support@prodpdiy.com**

**Invoice ID**

412806-DP00008433

**Order summary**

| | | |
|---|---|---|
| | Butterfly Girl 40*50CM(Canvas) Full Round Drill Diamond Painting<br>Product ID: DP606473 | $8.98 USD |
| TransactionDiscount | | - $0.72 USD |
| Shipping | | $9.99 USD |
| **Total** | | **$18.25 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 August 2026**. You may be **eligible for purchase protection**

**027 diamondspaintingfactory**

 **深圳利尚贸易有限公司**
11 February 2026 . Payment

**−$14.98 USD**

**Paid with**

$14.98 USD

You'll see "PAYPAL *LISHANG9BVJ" on your card statement.

**Ship to**

111 W JACKSON BLVD
2W
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

27S61860RP408592S

**Seller info**

深圳利尚贸易有限公司
**1811687248@qq.com**

**Invoice ID**

299569-00154595

**Order summary**

 Beautiful Butterfly Girl | Full Round Diamond Painting Kits
Product ID: C034

$4.99 USD

| | |
|---|---|
| **Shipping** | **$9.99 USD** |
| **Total** | **$14.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 August 2026**. You may be **eligible for purchase protection**

**028 signjunky**

 **SIGN JUNKY**
11 February 2026 . Payment

**−$17.00 USD**

**Paid with**

$17.00 USD

You'll see "PAYPAL *SIGN JUNKY SIGN" on your card statement.

on 11 February 2026

**Ship to**

111 W JACKSON BLVD
2W
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

88X76575LL086334V

**Seller info**

SIGN JUNKY
740-415-5836

**Order summary**

Irish Girl Feckin Storm Devil Quote 8x12 Metal Wall Sign Poster ... $17.00 USD

**Total** **$17.00 USD**

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 August 2026**. You may be **eligible for purchase protection**

**030 sunaturediamondarts**

 **黄丽荣**
11 February 2026 . Payment

**−$27.09 USD**

**Paid with**

$27.09 USD

You'll see "PAYPAL *HUANGLIRONGLFDG" on your card statement.

**Ship to**

111 W JACKSON BLVD
2W
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

1GX32933NP884762F

**Seller info**

黄丽荣
+86 13710168094
**sunaturedp@sunaturediamondarts.com**

**Invoice ID**

866012-00006126

**Order summary**

| Sunature 5D DIY Full Drill Square Round Diamond Painting Kits It's OKAY / 40X60cm(15.7"X23.6")- Full Square<br>Product ID: SNF8593 | $26.99 USD |
|---|---|
| Shipping | **$0.10 USD** |
| **Total** | **$27.09 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 August 2026**. You may be **eligible for purchase protection**

**031 seseable**

Case: 1:26-cv-02199 Document #: 29-4 Filed: 05/29/26 Page 33 of 45 PageID #:286



**Color Ecommerce Pte. ltd**
23 January 2026 . Payment

−$26.98 USD

---

**Paid with**

████████████████  $26.98 USD

You'll see "PAYPAL *COLORECOMME" on your card statement.

**Ship to**

████████e
111 W JACKSON BLVD
2W
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

1CJ77826CK133345K

**Seller info**

Color Ecommerce Pte. ltd
+65 98955130
sales@seseable.com

**Order summary**

 T-Shirt-qFAXwqWIN5rz- $20.99 USD
UlmP0vovnSE-jDaVVaQde
White/XL/front

Shipping  **$5.99 USD**

Total  **$26.98 USD**

---

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 July 2026**. You may be **eligible for purchase protection**

**032 teachersgram**

 **teachersgram.com**
23 January 2026 . Payment

**−$29.98 USD**

**Paid with**

$29.98 USD

You'll see "PAYPAL
*TEACHERSGRA9XRJ" on
your card statement.

**Ship to**

1111 W 35TH ST
15TH FLOOR
CHICAGO, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

45Y04523AB812880U

**Seller info**

teachersgram.com
+86 17691047923
**payment017@all-we.net**

**Invoice ID**

2407361405500020266861
-001

**Order summary**

 She Whispered Back I Am    $21.99 USD
The Storm Teacher T-Shirt

Shipping     **$7.99 USD**

Total     **$29.98 USD**

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 July 2026**. You may be
**eligible for purchase protection**

**033 wavanoe**

 **天津峰远科技有限公司**
11 February 2026 . Payment

**−$30.98 USD**

**Paid with**

$30.98 USD

You'll see "PAYPAL *FENGYUANKEJN9XN" on your card statement.

**Ship to**

111 W JACKSON BLVD
none
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

2R8207127F844500A

**Seller info**

天津峰远科技有限公司
**pkbestserviceforyou@gmail.com**

**Invoice ID**

2407390318439598955474
-001

**Order summary**

 To My Badass Daughter Coffee Mug     $25.99 USD

Shipping     **$4.99 USD**

Total     **$30.98 USD**

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 August 2026**. You may be **eligible for purchase protection**

**034 diamondartgift**

 **CHINATERA LIMITED**
23 January 2026 . Payment

**−$17.07 USD**

### Paid with

████████████  $17.07 USD

You'll see "PAYPAL *CHINATERA" on your card statement.

on 23 January 2026

**Ship to** ████████

Vic Millward
1111 W 35TH ST
15TH FLOOR
CHICAGO, IL 60609-1404
United States

### Shipment details

**Click here to see shipment details**

### Transaction ID

9JA642130P7899639

### Seller info

CHINATERA LIMITED
**payment@diamondartgift.com**

### Invoice ID

aV1ewvKPjuxW1ycubBWdx
mkr0

### Order summary

 Diy Diamond Painting Handbag Reusable Shoulder Shopping Tote (Bb005 Woman)    $9.88 USD

| | |
|---|---|
| Shipping | **$5.60 USD** |
| Tax | **$1.59 USD** |
| Total | **$17.07 USD** |

### Need help?

If there's a problem, make sure to contact the seller through PayPal by **22 July 2026**. You may be **eligible for purchase protection**

**035 coodeals**

**深圳市龙岗区宝龙街道大单多多贸易商行（个体工商户）** −£17.64 GBP
11 February 2026 . Payment

**Paid with**

█████████ █████ £17.64 GBP

You'll see "PAYPAL *LONGGANGQUBJ9Q6" on your card statement.

**Ship to**

██████████

111 W JACKSON BLVD
2W
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

3MM02191TW391791D

**Seller info**

深圳市龙岗区宝龙街道大单多多贸易商行（个体工商户）
+86 15119583590
**zgj656565@gmail.com**

**Invoice ID**

191105194023724552063

**Order summary**

| | | |
|---|---|---|
| | Butterfly Girl 40*50CM(Canvas) Full Round Drill Diamond Painting<br>Product ID: DP606473 | £8.99 GBP |

| | |
|---|---|
| TransactionDiscount | - £1.35 GBP |
| Shipping | £10.00 GBP |
| **Total** | **£17.64 GBP** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 August 2026**. You may be **eligible for purchase protection**

**035 fanwells**



**深圳市龙岗区宝龙街道大单多多贸易商行（个体工商户）**     −£19.65 GBP
11 February 2026 . Payment

**Paid with**

██████ ████████     £19.65 GBP

You'll see "PAYPAL
*LONGGANGQUBJ9Q6" on
your card statement.

**Ship to**

███████

111 W JACKSON BLVD
2W
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

17H72630DT156383T

**Seller info**

深圳市龙岗区宝龙街道大单多多贸易商行（个体工
商户）
+86 15119583590
**zgj656565@gmail.com**

**Invoice ID**

207323194023241298687

**Order summary**

| | Butterfly Girl 50*60CM(Canvas) Full Round Drill Diamond Painting Product ID: DP649880 | £15.69 GBP |
|---|---|---|
| TransactionDiscount | | - £2.04 GBP |
| Shipping | | £6.00 GBP |
| **Total** | | **£19.65 GBP** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 August 2026**. You may be
**eligible for purchase protection**

**035 handdeals**

深圳市龙岗区宝龙街道大单多多贸易商行（个体工商户）　　　　　−$22.34 USD
11 February 2026 . Payment

**Paid with**

$22.34 USD

You'll see "PAYPAL *LONGGANGQUBJ9Q6" on your card statement.

**Ship to**

111 W JACKSON BLVD
2W
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

7SU225418N019771A

**Seller info**

深圳市龙岗区宝龙街道大单多多贸易商行（个体工商户）
+86 15119583590
**zgj656565@gmail.com**

**Invoice ID**

133619194023972392642

**Order summary**

| Butterfly Girl 50*60CM(Canvas) Full Round Drill Diamond Painting Product ID: DP649880 | $15.69 USD |
|---|---|
| TransactionDiscount | - $2.35 USD |
| Shipping | $9.00 USD |
| **Total** | **$22.34 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 August 2026**. You may be **eligible for purchase protection**