**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KATE LOUISE POWELL,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-02199

Judge Andrea R. Wood

Magistrate Judge Daniel P. McLaughlin

## DECLARATION OF KATE LOUISE POWELL

I, Kate Louise Powell, declare and state as follows:

1.     This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.     I am the artist that created the Kate Louise Powell Work. I make this declaration from matters within my knowledge save where otherwise stated.

3.     I am an illustrator and animal rights activist. Since 2012, I produced a number of popular illustrations with reoccurring motifs of flowers and butterflies. I work mostly in pencil/colored pencil and black ink. I have also experimented with photography, mixed media, and paint. Throughout the end of high school and during my foundation year at Leeds College of Art, I strove to create more personal and emotive portraits, and eventually discovered my niche by focusing on animal rights activism art during my Illustration BA Honors degree at the University of Edinburgh. Since late 2016, I have focused on combining my two biggest interests to produce work that is emotive, educational, and

1

deliberately provocative. I aim to use illustration to shed light on specific acts of animal abuse and morally inconsistent human behaviors, and to fuel conversations about how we perceive and treat non-human animals. I received a distinction grade in my foundation diploma in Art & Design at Leeds College of Art and a First-Class degree with Honors after studying Illustration at Edinburgh College of Art.

4.      I am the official source of products associated with the Kate Louise Powell Work (the "Kate Louise Powell Products"):



https://www.etsy.com/uk/shop/KateLouisePowell

5.      I am the owner of the copyright registration for the Kate Louise Powell copyrighted work, which is protected by United States Copyright Registration No. VA 2-326-027 (the "Kate Louise Powell Work").

6.      The success of the Kate Louise Powell Work has resulted in significant infringement of my copyright. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple

2

platforms, including the internet stores identified in First Amended Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Kate Louise Powell Work to consumers in this judicial district and throughout the United States.

7. I am aware of investigations related to internet-based infringement of the Kate Louise Powell Work. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Kate Louise Powell Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that Infringing Kate Louise Powell Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason.

8. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

9. My goodwill and reputation are irreparably damaged when the Kate Louise Powell Work is used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Kate Louise Powell copyrighted material because infringers take away my ability to control the nature and quality of products bearing the Kate Louise Powell Work and derivative works.

10. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Kate Louise Powell Work are meant to be exclusive rights.

11. The marketing and distribution of the Kate Louise Powell Work and derivative works are aimed at growing and sustaining sales. When infringers use the Kate Louise Powell Work without authorization, the exclusivity associated with the Kate Louise Powell Work, as well as my reputation, is damaged and eroded, resulting in a loss of unquantifiable future sales.

12. Uncontrolled profiteering and pirating of the Kate Louise Powell Work create the impression that the copyright rights associated with the Kate Louise Powell Work may be infringed with impunity. The Kate Louise Powell Work is distinctive and signifies to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use Kate Louise Powell's work on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Kate Louise Powell Work cannot be compensated for financially since it erodes my ability to monetize Kate Louise Powell Work.

13. I will suffer immediate and irreparable injury, loss, or damage if a permanent injunction is not issued as part of the final judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2026.



_____

Kate Louise Powell

4