**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHER DISTRIC OF ILLINOIS**

Kate Louise Powell

    Plaintiff,

      v.

Partnerships and Unincorporated
Associations Identified on Schedule A

    Defendants.

Case No.  1:26-cv-02199

Honorable Andrea R. Wood

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Defendant **Diamondspaintingfactory (aka Diamondspaintingfactory.com)** by and through its undersigned counsel, respectfully requests an extension of time to respond to Plaintiff's Complaint.

In support, Defendant states as follows:

1. Based on the ostensible service date of the Summons, the original due date for Defendant to answer or otherwise respond to the Complaint was May 28, 2026**.**

2. Defendant has been engaged with Plaintiff in good faith settlement negotiations, but have not reached a resolution. As such, Defendant would require additional time to continue with settlement discussions and/or file a response to the Complaint.

3. This Court may, for good cause, extend the time by which a Defendant's response is due. Good cause exists in this case. Fed. R. Civ. P. 6(b)(1)(B). Defendant believes that Plaintiff will not be prejudiced by a short extension, and the impact on judicial proceedings is minimal if any.

4. Defendant respectfully requests this Court extend the date for the Defendant to file answer and/or other response(s) to Plaintiff's Complaint, if ultimately necessary, to **June 18, 2026**.

5. No previous request for extension of time for the Defendant was made.

6. Defendant has reached out to Plaintiff's counsel seeking consent for the extension request, but has not received a response.

WHEREFORE, Defendant respectfully prays that this Court enter an order extending Defendant's due date to answer and otherwise respond to Plaintiff's Complaint to **June 18, 2026**.

Dated: May 30, 2026

By: /s/ Yong Chen
Yong Chen
Attorney for Defendant
14 Penn Plaza, Ste 2020
New York, NY 10122
212.547.6694
Email: ychen@ambizlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **Motion for Extension of Time** was served upon on all counsel of record electronically through CM/ECF on May 30, 2026.

/s/ *Yong Chen*