**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kate Louise Powell, et al.

                                                            Plaintiff,

v.                                                          Case No.:
                                                            1:26−cv−02199
                                                            Honorable Andrea R.
                                                            Wood

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                                            Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 1, 2026:

        MINUTE entry before the Honorable Andrea R. Wood: Defendant
Diamondspaintingfactory's motion for extension of time [31] is granted. Defendant
Diamondspaintingfactory shall answer or otehwise respond to the complaint by 6/18/2026.
Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.