# EXHIBIT A

**EXHIBIT A — Per-Defendant Investigation Summary**

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| 1 | JHHYHBH | Storefront alias only (initials; no SAMR-form name) | Amazon | 顺德区勒流街道龙眼村迎阳巷15号401 佛山市 广东省 528000 CN (Rm 401, No. 15 Yingyang Lane, Longyan Village, Leliu Subdist., Shunde Dist., Foshan, Guangdong) | Google web (Baidu-geocoder) matches only "勒流街道"/village generally — lane/house/unit "Missing." Google Maps resolves only to Leliu Subdistrict offices. Baidu returned only the Longyan Village Committee (No. 12 Yong'an N. Rd., not 迎阳巷15号). Amap lists only village-level points. Unit 401 not located. **Tianyancha:** address search HIT — one active entity at the exact unit: **佛山市积宇辰星文化创意有限公司** (USCC **91440606MADG222D08**; legal rep **吕结仪**; status 开业; domicile 顺德区勒流街道龙眼村迎阳巷15号401「住所申报」; est. 2024-04-15). Registered name does **not** match storefront "JHHYHBH"; domicile is self-declared (住所申报). Tier A (name-mismatch). | AREA-ONLY / name-mismatch (registered occupant ≠ storefront) | 1 | Email / Rule 4(f)(3) under Hague Art. 1 unknown-address |
| 3 | WearDecor | Storefront alias only (English) | Amazon | 山西省运城市运城经济技术开发区港府大道1号黄河金三角农资批发市场2区116号商铺 044000 CN (Shop 116, Zone 2, Yellow River Golden | Google web: shop terms "Missing." Google Maps resolves to a *different* market (蔬菜果品批发市场, Rt. 209), no Shop 116/Zone 2. Baidu: no relevant location. | AREA-ONLY / name-mismatch (Gmaps hits a different market; registered occupant ≠ storefront) | 1 | Email / Rule 4(f)(3) under Hague Art. 1 unknown-address |

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| | | | | Triangle Agri-Materials Wholesale Mkt., No. 1 Gangfu Ave., Yuncheng ETDZ, Shanxi) | Amap returns several similarly-named "Golden Triangle" complexes but not the pled Zone 2/Shop 116. **Tianyancha:** address search HIT — one active entity at exact address: 山西益诺达生物开发有限公司 (USCC **91140899MA0L1C8G67**; legal rep 张卫峰; status 存续; est. 2020-04-20). Registered name does **not** match storefront "WearDecor". Tier A (name-mismatch). | | | |
| 7 | liaochenshangmao | Pinyin only (run-together) | Amazon | 天通泰家苑16号楼1903-01 莆田市 荔城区 福建省 351100 CN (Rm 1903-01, Bldg 16, Tiantongtai Jiayuan, Licheng Dist., Putian, Fujian) | Google web confirms compound 天通泰家苑 exists in Licheng but "Missing: 16 / 1903-01." Baidu/Amap index the compound to some buildings but not Bldg 16 / Unit 1903-01. **Tianyancha:** name search returned ~20 phonetic matches (e.g., 耒阳市疗辰商贸行, 四川廖尘商贸有限公司) — **none in Fujian/Putian and none at the platform address**; address search returned no hit. Tier A (no entity at address). | AREA-ONLY (compound building-indexed; unit + occupant not located; phonetic name matches elsewhere) | 1 | Email / Rule 4(f)(3) under Hague Art. 1 unknown-address |
| 12 | shao WEGFWERG POSTER | Storefront alias only (garbled/English) | Amazon | 莆田市秀屿区笏石街道 毓秀路1166号汇景园16号楼第2梯位1103室 351200 CN (Rm 1103, 2nd stairwell, Bldg 16, Huijingyuan, No. 1166 | Baidu/Amap locate "泰安汇景园 16号楼" at No. 1166 Yuxiu Rd. — road + Building 16 indexed; no occupant matching storefront at Rm 1103. **Tianyancha:** address | name-mismatch + 集群 (3 entities co-registered at exact unit) | 1 | Email / Rule 4(f)(3) under Hague Art. 1 unknown-address |

3

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| | | | | Yuxiu Rd., Hushi Subdist., Xiuyu Dist., Putian, Fujian) | search HIT — active entity at exact address: 莆田市秀屿区礼星阳贸易商行（个人独资）(USCC **91350305MAEKBEED4J**; legal rep 吴绍霞; status 存续; est. 2025-05-07). **Cluster registration**: shared-unit search shows **3 entities** at the identical unit (also 杨义华百货店, est. 2026-02-02; 典范茶叶店, est. 2026-05-29). Registered name does **not** match storefront. Tier A (name-mismatch + cluster). | | | |
| 19 | HOZZIFY | Storefront alias only (coined) — **Vietnam natural person / seller** | Amazon | B13/2 Ap 2C, Vinh Loc B, Binh Chanh, 700000 VN (Lot B13/2, Hamlet 2C, Vinh Loc B Commune, Binh Chanh Dist., Ho Chi Minh City) | **Vietnam defendant.**[1] Google web confirms the commune and shows a textile company at a "B13/2" lot, but pled B13/2 Ap 2C is a hamlet-lot reference not pinned to a serviceable residence; Google Maps resolves commune level only. Chinese tools do not cover Vietnam (Baidu/Amap defaulted to Qingdao — non-probative). Commune-level; unit not pinned. **Registry:** PRC/Tianyancha analysis N/A (Vietnam). | VIETNAM (commune-level; Chinese tools non-probative) | 1-VN | Email / Rule 4(f)(3) — Vietnam Art. 10(a) not objected; registered-mail alternative |
| 25 | diamondpaintingpro | Storefront alias only (descriptive English); address in English only | PayPal | Room 201, Block A, No.1 Qianwan 1st Rd, Qianhai SZ-HK Cooperation Zone, Shenzhen, Guangdong, 518000 (English only) | Address in English only; a documented Qianhai business-secretary / mass-registration address. Google web shows numerous *unrelated* companies at the identical "Room 201, Building A, No. 1 Qianwan | 集群 / VIRTUAL (Qianhai secretarial mass-registration; 20+ entities; not defendant-specific) | 1 | Email / Rule 4(f)(3) under Hague Art. 1 unknown-address |

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| | | | | | 1st Rd," several care-of 深圳市前海商务秘书有限公司. Baidu/Amap fail on the English string. **Tianyancha:** address search returned **20+ unrelated entities** at 前海深港合作区前湾一路1号A栋201室 (e.g., 深圳市前海深商金融控股集团有限公司, 深圳前海富盛投资有限公司); administered by 深圳市前海商务秘书有限公司. **No entity matching "diamondpaintingpro."** Tier A (cluster / virtual secretarial address). | | | |
| 26 | prodpdiy | Storefront alias only | PayPal | *No address disclosed (country "Not Indicated").* | No address on the platform record — nothing to map or verify. **Tianyancha:** no address to search; name search N/A. Tier A (no address). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) under Hague Art. 1 — no address disclosed |
| 28 | signjunky | Storefront alias only | PayPal | *No address disclosed (country "Not Indicated").* | No address on the platform record — nothing to map or verify. **Tianyancha:** no address to search; name search N/A. Tier A (no address). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) under Hague Art. 1 — no address disclosed |
| 30 | sunaturedia mondarts | Storefront alias only | PayPal | RM C, 6/F, WORLD TRUST TOWER, 50 STANLEY STREET, CENTRAL, HK | **Hong Kong defendant.[2]** Google web shows RM C, 6/F, World Trust Tower is a shared HK secretarial / mass-registration address occupied by numerous unrelated companies; Google Maps resolves the unit to a company-incorporation / secretarial | HONG KONG — secretarial / mass-registration address (map record) | HK — Art. 1 email / Art. 10(a) postal alternative | Hague reaches HKSAR: email under Art. 1 (address unknown as to defendant on the map record) OR HK postal channel (Art. 10(a), not objected) as alternative |

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| | | | | | service. Baidu/Amap do not cover HK. Shared secretarial address; not defendant-specific. **Registry:** none run — the map-resolution record is sufficient for HK defendants; no PRC/HK corporate-registry lookup relied on. Basis is map-resolution + address-not-known. | | | |
| 31 | seseable | Storefront alias only | PayPal | 114 Lavender Street, #11-83 CT Hub 2, 338729, Singapore | **Non-PRC (Singapore).**[2] CT Hub 2 is a real commercial building; unit #11-83 is a shared serviced-office occupied by numerous unrelated companies; a "SESEABLE" gift-shop listing also appears at the unit. Baidu indexes the building (other units); Amap → Beijing (non-probative). **Registry:** none run — the map-resolution record is sufficient; no Singapore registry lookup relied on. Basis is map-resolution + address-not-known. | SINGAPORE — serviced-office (shared unit; map record) | SG — Art. 1 email / Hague postal alternative | Email under Art. 1 (address unknown as to defendant) or Singapore Hague postal channel (not PRC framework) |
| 32 | teachersgram | Storefront alias only | PayPal | UNIT 1406B, 14/F, THE BELGIAN BANK BUILDING, NOS. 721–725 NATHAN ROAD, KOWLOON, HONG KONG | **Hong Kong defendant.**[2] Google web shows Unit 1406B is a shared secretarial / mass-registration address occupied by numerous unrelated companies — and entities at this exact unit appear on the **U.S. OFAC SDN sanctions list** (sanctionssearch.ofac.treas. | HONG KONG — secretarial / mass-registration address (**OFAC-SDN entities at unit**) | HK — Art. 1 email / Art. 10(a) postal alternative | Hague reaches HKSAR: email under Art. 1 (address unknown on map record) OR HK postal channel |

6

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| | | | | | gov) and OpenSanctions. Google Maps locates the building in Mong Kok/Kowloon. Baidu/Amap do not cover HK. Shared secretarial address; sanctions-flagged. **Registry:** none run — the map-resolution record is sufficient; no HK registry lookup relied on. Basis is map-resolution + address-not-known. | | | |
| 33 | wavanoe | Storefront alias only (coined English); address in English only | PayPal | No. 1, Qishi Cultural Garden, Luyang Subdistrict, Lushan County, Pingdingshan City, Henan Province (English only) | Address in English only (China, Henan). Google web returns chiefly the defendant's own website, which identifies the operator as "Pingdingshan Zhengtian Trading Co., Ltd." (平顶山正天贸易 — self-declared on the store's own site, **not** a registry confirmation). Google Maps: "Partial" — Luyang Residential District (467300), district level; "No. 1 Qishi Cultural Garden" struck through. Baidu: no result; Amap → Beijing. **Tianyancha:** name search no hit for "wavanoe"; address search **no hit** after three variations (鲁山县鲁阳街道奇石文化园1号; 鲁山县奇石文化园). No registered entity confirmed at the address. Tier A (no registry hit; self-declared | AREA-ONLY (district-level; cultural-garden address not located; self-declared operator unconfirmed) | 1 | Email / Rule 4(f)(3) under Hague Art. 1 unknown-address |

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| | | | | | operator name unconfirmed). | | | |
| 34 | diamondart gift | Storefront alias only (descriptive English); address in English only | PayPal | Building No. 01, 401-1-18 to 401-1-21, Xintianxia Industrial City, Vanke City Community, Bantian Street, Longgang District, Shenzhen (English only) | Address in English only (China, Shenzhen). Google web returns chiefly the defendant's own sites, which attribute the *same* "Building No. 1 … Xintianxia Industrial City" address to **different company names** — "Shenzhen Yunlian Information Technology Co., Ltd." (diamondartgift.com) vs. "Shenzhen Huanjin Technology Co., Ltd." (thediykits.com). Google Maps: partial/incorrect matches only. Baidu: no result; Amap → Beijing. **Tianyancha:** name search no hit; address search returned **8 entities** at the broader 新天下工业城 / 万科城社区 / 坂田街道, **none at the specific unit 401-1-18 to 401-1-21**. Tier A (multi-tenant; occupant-name inconsistency; no entity at exact unit). | CONFLICTING (multi-tenant industrial address; occupant-name inconsistency; unit not located) | 1 | Email / Rule 4(f)(3) under Hague Art. 1 unknown-address |
| 35 (coodeals) | coodeals | Storefront alias only | PayPal | Hang Hau, Hong Kong (per the store's Facebook page) | **Hong Kong defendant.[2]** The platform "address" is only a neighborhood name — "Hang Hau" (坑口), Tseung Kwan O, Sai Kung Dist., HK — with no street, building, or unit. Google/Google Maps/Baidu resolve only to the neighborhood; Amap → | HONG KONG — neighborhood-name only (no street/building/unit) | HK — Art. 1 email (no serviceable address) | Hague reaches HKSAR but no serviceable address disclosed → email under Art. 1 unknown-address |

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| | | | | | Beijing. No serviceable street address at all. **Registry:** none run — the map-resolution record is sufficient; a neighborhood-only address is unknown on its face. Basis is map-resolution + address-not-known. | | | |
| 35 (fanwells) | fanwells | Storefront alias only | PayPal | *No address disclosed (country "Not Indicated").* | No address on the platform record — nothing to map or verify. **Tianyancha:** no address to search. Tier A (no address). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) under Hague Art. 1 — no address disclosed |
| 35 (handdeals) | handdeals | Storefront alias only | PayPal | *No address disclosed (country "Not Indicated").* | No address on the platform record — nothing to map or verify. **Tianyancha:** no address to search. Tier A (no address). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) under Hague Art. 1 — no address disclosed |

[1] **Vietnam defendant (No. 19).** Vietnam acceded to the Hague Service Convention (effective Oct. 1, 2016). *Kangol*'s China-specific email bar does **not** govern them: it rested entirely on China's Article 10(a) objection, and Vietnam's Hague declaration affirmatively "does not oppose" Article 10(a) postal-channel service by registered mail with acknowledgement of receipt. Service is argued under Rule 4(f)(3) on two independent grounds — (a) Vietnam's Article 10(a) non-objection, and (b) address-not-known under Article 1 — with registered mail as the alternative. No PRC SAMR/Lukken name analysis and no Tianyancha result applies. The Chinese mapping tools do not cover Vietnam; those captures are retained only to show non-coverage.

[2] **Non-PRC-mainland defendants — Hong Kong (Nos. 30, 32, 35-coodeals), Singapore (No. 31).** The Hague Convention extends to the HKSAR, which has **not** objected to Article 10(a); Nos. 30 and 32 resolve to shared HK secretarial / mass-registration addresses (No. 32's unit is associated with OFAC-SDN-listed entities — see the OFAC flag) and No. 35-coodeals discloses only a neighborhood name. HK routing is **email under Art. 1 (address unknown as to the defendant on the map record) or the HK postal channel (Art. 10(a)) as an alternative**, not the PRC Article-1 SAMR framework. Singapore (No. 31) is likewise routed on the map record.

**Notes**

- **Name Form** classifies the platform-disclosed identifier under PRC State Administration for Market Regulation (国家市场监督管理总局 / SAMR) corporate-naming conventions: a SAMR-registered Chinese entity name comprises administrative-region prefix (行政区划) + distinctive trade-name (字号) + industry descriptor (行业表述) + organizational-form suffix (组织形式). None of the mainland-PRC defendant platform identifiers supplies all four components; most are storefront aliases, coined English words, or run-together pinyin (No. 7) supplying at most a 字号. Non-PRC defendants (HK/SG) and the Vietnam defendants are not analyzed under SAMR.

- **Tier** reflects the proposed service routing under the post-*Kangol* / *Lukken* framework:

- **Tier 1** — Email / Rule 4(f)(3) under Hague Article 1 unknown-address. All seven remaining mainland-PRC defendants and the 4 no-address defendants are Tier 1. The registry pass confirms rather than defeats the unknown-address showing: in every address-hit case the registered occupant's name does not match the storefront (Nos. 1, 3, 12), or the address is a cluster/virtual/self-declared address (Nos. 12, 25) — none verifies a live registered entity operating under the storefront name at the pled unit. No mainland-PRC defendant qualifies for Tier B / Tier 2 (Hague Central Authority).

- **Tier 1-VN** — Vietnam defendant (No. 19): email / Rule 4(f)(3) on Vietnam's Art. 10(a) posture, registered-mail alternative.

- **HK — Art. 1 email / Art. 10(a) postal alternative** — Hong Kong defendants (Nos. 30, 32, 35-coodeals): email under Art. 1 where the shared secretarial unit / neighborhood-only address is unknown as to the defendant on the map record, with the HK postal channel under Art. 10(a) as an alternative. Basis is the map-resolution record; no HK registry lookup run or relied on.

- **SG —Hague postal** — Singapore (No. 31): Singapore Hague postal channel. No Singapore registry lookup run or relied on.

- **Tools.** Google web, Google Maps, Baidu Maps, Amap (高德地图, amap.com); **and Tianyancha (天眼查) regis**try searches of July 15, 2026; per-defendant detail rendered in **Exhibit B**. Where a defendant's address was disclosed only in English (Nos. 25, 33, 34), Baidu/Amap frequently could not parse the string and defaulted to a wrong city (Qingdao/Beijing) — itself evidence of unverifiability. Chinese tools do not cover Vietnam (No. 19), Hong Kong (Nos. 30, 32, 35-coodeals), or Singapore (No. 31).

- **Cross-reference.** Full per-defendant registry detail (USCC, 法定代表人, 注册地址, 经营状态, cluster/shared-unit findings, and no-hit documentation) is set out in **Exhibit B (Tianyancha Registry Diligence Report)**, cross-referenced by defendant number. This Exhibit A carries the one-line registry conclusion per defendant; Exhibit B carries the detail.