# EXHIBIT B

1

**EXHIBIT B — 天眼查工商登记核查报告 / Tianyancha Corporate-Registry Diligence Report**

**Case / 案件:** Kate Louise Powell v. The Partnerships and Unincorporated Associations Identified on Schedule A, N.D. Ill., No. 1:26-cv-02199

**Judge / 法官:** Andrea R. Wood

**Investigator / 调查人:** JiangIP LLC (Yanling Jiang) — B.1 Registry Pass

**Tools / 工具:** Tianyancha Enterprise Credit Database (天眼查)

**Date / 日期:** July 15, 2026

**Scope / 范围:** The seven mainland-PRC defaulting defendants with a disclosed Chinese address (Nos. 1, 3, 7, 12, 25, 33, and 34). Non-PRC defendants (Vietnam, Hong Kong, Singapore) and no-address defendants are outside Tianyancha coverage and are addressed in Exhibit A and the Declaration.

> **Result in one line: Tier B = 0. Tier A = all.** No defendant satisfies the three-part Tier B test (registered entity name matches storefront **and** registered address matches platform address **and** maps independently verify). Every mainland-PRC defendant is Tier A (address unknown as to this defendant), on candidly-disclosed grounds set out below. No registry hit was invented; where the registry returned nothing, the entry says so.

## 1. 汇总表 / Summary Table

| No. | Storefront | Platform Address (Chinese) | Registry Hit? | Registered Entity | USCC | Legal Rep (法定代表人) | Status | Tier / Basis |
|---|---|---|---|---|---|---|---|---|
| 1 | JHHYHBH | 顺德区勒流街道龙眼村迎阳巷15号401 | YES (address) | 佛山市积宇辰星文化创意有限公司 | 91440606MADG222D08 | 吕结仪 | 开业 | **A** — name-mismatch; 住所申报 |
| 3 | WearDecor | 山西省运城市运城经济技术开发区港府大道1号黄河金 | YES (address) | 山西益诺达生物开发有限公司 | 91140899MA0L1C8G67 | 张卫峰 | 存续 | **A** — name-mismatch |

| No. | Storefront | Platform Address (Chinese) | Registry Hit? | Registered Entity | USCC | Legal Rep (法定代表人) | Status | Tier / Basis |
|---|---|---|---|---|---|---|---|---|
| | | 三角农资批发市场2区116号商铺 | | | | | | |
| 7 | liaochenshangmao | 天通泰家苑16号楼1903-01 莆田市荔城区 | NO (name matches elsewhere) | — | — | — | — | **A** — no entity at address |
| 12 | shao WEGFWERG POSTER | 莆田市秀屿区笏石街道毓秀路1166号汇景园16号楼第2梯位1103室 | YES (address) | 莆田市秀屿区礼星阳贸易商行（个人独资） | 91350305MAEKBEED4J | 吴绍霞 | 存续 | **A** — name-mismatch + 集群 (3 entities) |
| 25 | diamondpaintingpro | 前海深港合作区前湾一路1号A栋201室 | YES (cluster) | Multiple (20+ unrelated) | Various | Various | Various | **A** — cluster / virtual secretarial |
| 33 | wavanoe | 河南省平顶山市鲁山县鲁阳街道奇石文化园1号 | NO | — | — | — | — | **A** — no registry hit |
| 34 | diamondartgift | 深圳市龙岗区坂田街道万科城社区新天下工业城01栋401-1-18至401-1-21 | NO (partial park hits) | — | — | — | — | **A** — no entity at exact unit |

**Tier B total: 0 · Tier A total: seven (of the in-scope PRC set).**

## 2. 方法 / Methodology

For each in-scope mainland-PRC defendant, two Tianyancha searches were run: (i) tianyancha_company_search by storefront/business name; (ii) tianyancha_company_search by full Chinese platform address. For any candidate hit, a detail pull (工商信息-企业基本信息) captured USCC (统一社会信用代码), 法定代表人, 注册资本, 经营状态, 注册地址, and 登记机关. A shared-unit search was run at each matched domicile to detect cluster registration (集群注册). USCC format (18 characters) and 法定代表人 character class were validated against the underlying registry records. Tier B is **never** assigned on phonetic name-match inference alone (see No. 7).

## 3. 逐被告核查 / Per-Defendant Findings

### 被告 No. 1 — JHHYHBH (Amazon)

**平台地址:** 顺德区勒流街道龙眼村迎阳巷15号401 佛山市 广东省 528000

**A. 工商注册查询:** 按名称搜索 "JHHYHBH" — 无结果. 按地址搜索 — **命中一家在业企业.**

| 字段 | 值 |
|---|---|
| 注册名称 | 佛山市积宇辰星文化创意有限公司 |
| USCC | 91440606MADG222D08 |
| 法定代表人 | 吕结仪 |
| 经营状态 | 开业 (active) |
| 注册资本 | 1万人民币 |
| 注册地址 | 佛山市顺德区勒流街道龙眼村迎阳巷15号401（住所申报） |
| 登记机关 | 佛山市顺德区市场监督管理局 |
| 成立日期 | 2024-04-15 |

**B. 共用单元核查:** 该确切单元仅此一家实体。

**C. 结论 (总体): (e)** 部分匹配但无法确认同一实体 / **Tier A.** A registered entity exists at the exact platform unit, but its name (a "cultural-creativity" company) does **not** match storefront "JHHYHBH," and the domicile is self-declared (住所申报). The address is therefore not "known" as to *this defendant*: nothing ties the storefront to the registered occupant.

**被告 No. 3 — WearDecor (Amazon)**

**平台地址:** 山西省运城市运城经济技术开发区港府大道1号黄河金三角农资批发市场2区116号商铺

**A. 工商注册查询:** 按名称搜索 "WearDecor" — 无结果. 按地址搜索 — **命中一家在业企业.**

| 字段 | 值 |
|---|---|
| 注册名称 | 山西益诺达生物开发有限公司 |
| USCC | 91140899MA0L1C8G67 |
| 法定代表人 | 张卫峰 |
| 经营状态 | 存续 (active) |
| 注册资本 | 100万人民币 |
| 注册地址 | 山西省运城市运城经济技术开发区港府大道1号黄河金三角农资批发市场2区116号商铺 |
| 登记机关 | 运城市市场监督管理局运城经济技术开发区分局 |

| 字段 | 值 |
| --- | --- |
| 成立日期 | 2020-04-20 |

**B. 共用单元核查:** 该确切商铺仅此一家实体。

**C. 结论: (e) / Tier A.** Registered occupant ("bio-development" company) name does **not** match storefront "WearDecor." Address not known as to this defendant.

## 被告 No. 7 — liaochenshangmao (Amazon)

**平台地址:** 天通泰家苑16号楼1903-01 莆田市 荔城区 福建省 351100

**A. 工商注册查询:** 按名称搜索 — 约20家音近实体 (如 耒阳市疗辰商贸行, 四川廖尘商贸有限公司),
**均不在福建/莆田且均不在平台地址.** 按地址搜索 — 无确切命中。

**B. 共用单元核查:** N/A.

**C. 结论: (e) / Tier A.** Nationwide phonetic name matches exist, but none at the platform address; no entity confirmed at Bldg 16 / Unit 1903-01.

## 被告 No. 12 — shao WEGFWERG POSTER (Amazon)

**平台地址:** 莆田市秀屿区笏石街道毓秀路1166号汇景园16号楼第2梯位1103室

**A. 工商注册查询:** 按名称搜索 — 无结果. 按地址搜索 — **命中一家在业企业.**

| 字段 | 值 |
| --- | --- |
| 注册名称 | 莆田市秀屿区礼星阳贸易商行（个人独资） |
| USCC | 91350305MAEKBEED4J |
| 法定代表人 | 吴绍霞 |
| 经营状态 | 存续 (active) |
| 注册资本 | 1万人民币 |
| 注册地址 | 福建省莆田市秀屿区笏石街道毓秀路1166号汇景园16号楼第2梯位1103室 |
| 登记机关 | 莆田市秀屿区市场监督管理局 |
| 成立日期 | 2025-05-07 |

**B.** 共用单元核查 (集群注册)**: 同一确切单元共3家实体** — 另有 莆田市秀屿区杨义华百货店（个体工商户，成立 2026-02-02）、莆田市秀屿区典范茶叶店（个体工商户，成立 2026-05-29）。

**C.** 结论**: (e) / Tier A — name-mismatch + cluster.** Registered occupant (a sole-proprietor trading商行) name does **not** match storefront; three unrelated entities share the identical unit (cluster registration). Address not known as to this defendant.

### 被告 No. 25 — diamondpaintingpro (PayPal)

**平台地址:** Room 201, Block A, No.1 Qianwan 1st Rd, Qianhai SZ-HK Cooperation Zone, Shenzhen 518000 (English-only) — 前海深港合作区前湾一路1号A栋201室

**A.** 工商注册查询**:** 按名称搜索 "diamondpaintingpro" — 无结果. 按地址搜索 — **该地址20+家不相关实体** (如 深圳市前海深商金融控股集团有限公司, 深圳前海富盛投资有限公司)。

**B.** 共用单元核查**:** 大规模集群注册，由 **深圳市前海商务秘书有限公司** 管理（前海知名商务秘书/挂靠地址）。**无与店名匹配的实体。**

**C.** 结论**: (d) / Tier A — cluster / virtual secretarial.** This is a well-known Qianhai mass-registration secretarial address hosting 20+ unrelated entities; no physical, defendant-specific occupant exists at the self-declared sub-suite. Address not known as to this defendant.

### 被告 No. 33 — wavanoe (PayPal)

**平台地址:** No. 1, Qishi Cultural Garden, Luyang Subdistrict, Lushan County, Pingdingshan City, Henan Province (English-only) — 河南省平顶山市鲁山县鲁阳街道奇石文化园1号

**A.** 工商注册查询**:** 按名称搜索 "wavanoe" — 无结果. 按地址搜索 — **无结果** (三次尝试: 全地址; 鲁山县鲁阳街道奇石文化园1号; 鲁山县奇石文化园).

**B.** 共用单元核查**:** N/A.

**C. 结论: (d) / Tier A — no registry hit.** No registered entity found at the platform address. The store's own website self-identifies the operator as "平顶山正天贸易 / Pingdingshan Zhengtian Trading Co., Ltd.," but that self-declaration is **not** confirmed by any registry hit and is not relied on.

## 被告 No. 34 — diamondartgift (PayPal)

**平台地址:** Building No. 01, 401-1-18 to 401-1-21, Xintianxia Industrial City, Vanke City Community, Bantian Street, Longgang District, Shenzhen (English-only) — 深圳市龙岗区坂田街道万科城社区新天下工业城01栋401-1-18至401-1-21

**A. 工商注册查询:** 按名称搜索 "diamondartgift" — 无结果. 按地址搜索 — 更宽范围 (新天下工业城/万科城社区/坂田街道) **命中8家实体，但均不在确切单元 401-1-18 至 401-1-21.**

**B. 共用单元核查:** N/A — 无确切单元命中。

**C. 结论: (e) / Tier A.** A multi-tenant industrial address: the store's own sites attribute the same building to two different company names (Shenzhen Yunlian Information Technology Co., Ltd. vs. Shenzhen Huanjin Technology Co., Ltd.), and no registered entity sits at the exact pled unit. Occupant-name inconsistency; address not known as to this defendant.

## 4. 总结与关键发现 / Summary & Key Findings

| 被告编号 | 平台名称 | 注册匹配 (name/addr) | 地址可验证性 | 总体结论 |
|---|---|---|---|---|
| 1 | JHHYHBH | addr-hit, name-mismatch | occupant ≠ storefront; 住所申报 | (e) Tier A |
| 3 | WearDecor | addr-hit, name-mismatch | occupant ≠ storefront | (e) Tier A |
| 7 | liaochenshangmao | name-elsewhere, no addr-hit | no entity at address | (e) Tier A |
| 12 | shao WEGFWERG POSTER | addr-hit, name-mismatch | occupant ≠ storefront; 集群(3) | (e) Tier A |
| 25 | diamondpaintingpro | cluster (20+) | virtual secretarial; no match | (d) Tier A |
| 33 | wavanoe | no hit | no entity at address | (d) Tier A |
| 34 | diamondartgift | no exact-unit hit | multi-tenant; occupant inconsistency | (e) Tier A |

## 关键法律支持点 / Key Legal-Support Points

1. **SAMR name-completeness.** No mainland-PRC defendant is identified on the platform record by a Chinese-character legal name comprising the four SAMR components (行政区划 + 字号 + 行业表述 + 组织形式). A Hague request to the PRC Central Authority must use the registered Chinese-character legal name, which the platform record does not supply.

2. **Address-verifiability.** In every case where a registered entity was found at the platform address (Nos. 1, 3, 12), the entity's **name does not match the storefront** — so the address, while it maps to a real registered occupant, is not "known" *as to this defendant*: nothing ties the storefront to that occupant. *NBA Props.* requires efforts to ascertain **and verify**; verification fails at the name-to-occupant link.

3. **Cluster / virtual registration (Nos. 12, 25).** Cluster-registration and business-secretary addresses (Qianhai secretarial address No. 25; 3-entity unit No. 12) house self-declared sub-suites with no defendant-specific physical occupant.

4. **No registry entity at all (Nos. 7, 33, 34).** After multiple search variations, no registered entity sits at the pled address (or, No. 7/No. 34, only unrelated entities elsewhere / in the broader park), confirming the address is unknown as to the defendant.