Exhibit C

**001 JHHYHBH**

# Order Summary

Order placed February 18, 2026  |  Order # 114-1601282-5361818

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▇▇▇▇▇ | Visa ending in ▇▇ | Item(s) Subtotal: | $12.98 |
| 15TH FLOOR 1111 W 35TH ST | | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60609-1404 | View related transactions | Total before tax: | $12.98 |
| United States | | Estimated tax to be collected: | $1.33 |
| | | **Grand Total:** | **$14.31** |

### Arriving tomorrow



Just A Girl Who Loves Books Book Sleeve Pouch Gifts for Women Librarian Book Lovers Bookish Group Club Friends Teachers, Book Cover with Zipper Front Pocket Handle for paperbacks 9 x 12 Inch

Sold by: JHHYHBH

Supplied by: Other

$12.98

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✕

© 1996-2026, Amazon.com, Inc. or its affiliates

**003 WearDecor**

# Order Summary

Order placed February 18, 2026 | Order # 114-1869659-5067426

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ███████ | Visa  ending in ████ | Item(s) Subtotal: | $18.99 |
| 15TH FLOOR 1111 W 35TH ST | [ View related transactions ] | Shipping & Handling: | $2.00 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $20.99 |
| United States | | Estimated tax to be collected: | $1.95 |
| | | **Grand Total:** | **$22.94** |

### Arriving March 27 - April 6



OGHNBV Trinidad And Tobago Skeleton Smoke Women's Seamless Underwear Sexy Bikini Panties Lightweight

Sold by: WearDecor

Supplied by: Other

$18.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices  ✓✗

© 1996–2026, Amazon.com, Inc. or its affiliates

**007 liaochenshangmao**

# Order Summary

Order placed February 18, 2026    |    Order # 114-1293924-2576260

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ███████ | Visa  ending in ████ | Item(s) Subtotal: | $11.99 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $11.98 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $23.97 |
| United States | | Estimated tax to be collected: | $1.23 |
| | | **Grand Total:** | **$25.20** |

### Arriving March 2 - March 9



Dreacoss Metal Tin Retro Sign She has The Soul of a Gypsy The Heart of a Hippie and The Spirit of a Fairy Vintage Metal Poster, Wall Art,Vintage Aluminum Sign for Home Coffee Wall Decor 8x12inch
Sold by: liaochenshangmao
Supplied by: Other
$11.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices  ☑✗
© 1996-2026, Amazon.com, Inc. or its affiliates

**012 shao WEGFWERG POSTER**

# Order Summary

Order placed February 18, 2026 | Order # 114-5189390-0549054

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▮▮▮▮▮▮ | Visa ending in ▮▮ | Item(s) Subtotal: | $15.00 |
| 15TH FLOOR 1111 W 35TH ST | ( View related transactions ) | Shipping & Handling: | $5.00 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $20.00 |
| United States | | Estimated tax to be collected: | $1.54 |
| | | **Grand Total:** | **$21.54** |

### Arriving March 2 - March 9



Wall art decoration- Girl and Butterfly Abstract Art Woman poster HD canvas print painting suitable for room living room Bar gym home decor (08x12inch-Unframed)
Sold by: shao WEGFWERG POSTER
Supplied by: Other
$15.00

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✗
© 1996–2026, Amazon.com, Inc. or its affiliates

**019 HOZZIFY**

Case: 1:26-cv-02199 Document #: 37-4 Filed: 07/20/26 Page 11 of 35 PageID #:357

# Order Summary

Order placed February 18, 2026 | Order # 114-6872877-7290607

| **Ship to** | **Payment method** | **Order Summary** | |
| --- | --- | --- | --- |
| ▮▮▮▮ | Visa ending in ▮▮▮ | Item(s) Subtotal: | $19.99 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $6.99 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $26.98 |
| United States | | Estimated tax to be collected: | $2.05 |
| | | **Grand Total:** | **$29.03** |

## Arriving March 6



**I Am Proud Of You - To My Daughter Gift From Mom - Gift For Daughter Black Coffee Mug - Happy Birthday Party Daughter (11oz)**
Sold by: HOZZIFY
Supplied by: Other
$19.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996–2026, Amazon.com, Inc. or its affiliates

**025 diamondpaintingpro**

 **Diamond Painting Pro**
23 January 2026 . Payment

**−$26.99 USD**

**Paid with**

██████████████     $26.99 USD

You'll see "PAYPAL *DIAMONDPAINWF7N" on your card statement.

**Ship to**

███████

1111 W 35TH ST
15TH FLOOR
CHICAGO, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

6NV21799YY3320450

**Seller info**

Diamond Painting Pro
**support@diamondpaintingpro.com**

**Invoice ID**

rUKCkKDD1Obhcb9Xk3J57
Fv2Q

**Order summary**

 Sunflowers and Girl | Diamond Painting - 30x30cm(11.8"x11.8") / Square Diamond     $26.99 USD

**Total**     **$26.99 USD**

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 July 2026**. You may be **eligible for purchase protection**

**026 prodpdiy**

 **prodiamondpainting.com**
11 February 2026 . Payment

**−$18.25 USD**

---

**Paid with**

                    $18.25 USD

You'll see "PAYPAL *PRODIAMONDPUU72" on your card statement.

**Ship to**

111 W JACKSON BLVD
2W
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

88687953HF822004U

**Seller info**

prodiamondpainting.com
**support@prodpdiy.com**

**Invoice ID**

412806-DP00008433

**Order summary**

| | | |
|---|---|---|
| | Butterfly Girl 40*50CM(Canvas) Full Round Drill Diamond Painting<br>Product ID: DP606473 | $8.98 USD |
| TransactionDiscount | | - $0.72 USD |
| Shipping | | $9.99 USD |
| **Total** | | **$18.25 USD** |

---

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 August 2026**. You may be **eligible for purchase protection**

**027 diamondspaintingfactory**

 **深圳利尚贸易有限公司**
11 February 2026 . Payment

**−$14.98 USD**

**Paid with**

$14.98 USD

You'll see "PAYPAL *LISHANG9BVJ" on your card statement.

**Ship to**

111 W JACKSON BLVD
2W
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

27S61860RP408592S

**Seller info**

深圳利尚贸易有限公司
**1811687248@qq.com**

**Invoice ID**

299569-00154595

**Order summary**

 Beautiful Butterfly Girl | Full Round Diamond Painting Kits
Product ID: C034

$4.99 USD

| Shipping | $9.99 USD |
|---|---|
| **Total** | **$14.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 August 2026**. You may be **eligible for purchase protection**

**028 signjunky**

 **SIGN JUNKY**
11 February 2026 . Payment

**−$17.00 USD**

## Paid with

$17.00 USD

You'll see "PAYPAL *SIGN JUNKY SIGN" on your card statement.

on 11 February 2026

## Ship to

111 W JACKSON BLVD
2W
Chicago, IL 60604-4092
United States

## Shipment details

**Click here to see shipment details**

## Transaction ID

88X76575LL086334V

## Seller info

SIGN JUNKY
740-415-5836

## Order summary

 Irish Girl Feckin Storm Devil Quote 8x12 Metal Wall Sign Poster

$17.00 USD

Total **$17.00 USD**

## Need help?

If there's a problem, make sure to contact the seller through PayPal by **10 August 2026**. You may be **eligible for purchase protection**

**030 sunaturediamondarts**

 **黄丽荣**
11 February 2026 . Payment

**−$27.09 USD**

**Paid with**

$27.09 USD

You'll see "PAYPAL *HUANGLIRONGLFDG" on your card statement.

**Ship to**

111 W JACKSON BLVD
2W
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

1GX32933NP884762F

**Seller info**

黄丽荣
+86 13710168094
**sunaturedp@sunaturediamondarts.com**

**Invoice ID**

866012-00006126

**Order summary**

| | | |
|---|---|---|
| | Sunature 5D DIY Full Drill Square Round Diamond Painting Kits It's OKAY / 40X60cm(15.7"X23.6")- Full Square<br>Product ID: SNF8593 | $26.99 USD |
| Shipping | | **$0.10 USD** |
| **Total** | | **$27.09 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 August 2026**. You may be **eligible for purchase protection**

**031 seseable**

 **Color Ecommerce Pte. ltd**
23 January 2026 . Payment

**−$26.98 USD**

**Paid with**

You'll see "PAYPAL *COLORECOMME" on your card statement.

$26.98 USD

**Ship to**

111 W JACKSON BLVD
2W
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

1CJ77826CK133345K

**Seller info**

Color Ecommerce Pte. ltd
+65 98955130
**sales@seseable.com**

**Order summary**

 T-Shirt-qFAXwqWIN5rz-UImP0vovnSE-jDaVVaQde White/XL/front

$20.99 USD

| | |
|---|---|
| Shipping | **$5.99 USD** |
| Total | **$26.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 July 2026**. You may be **eligible for purchase protection**

**032 teachersgram**

 **teachersgram.com**
23 January 2026 . Payment

**−$29.98 USD**

**Paid with**

$29.98 USD

You'll see "PAYPAL *TEACHERSGRA9XRJ" on your card statement.

**Ship to**

1111 W 35TH ST
15TH FLOOR
CHICAGO, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

45Y04523AB812880U

**Seller info**

teachersgram.com
+86 17691047923
**payment017@all-we.net**

**Invoice ID**

2407361405500020266861 -001

**Order summary**

 She Whispered Back I Am The Storm Teacher T-Shirt    $21.99 USD

Shipping    **$7.99 USD**

Total    **$29.98 USD**

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 July 2026**. You may be **eligible for purchase protection**

**033 wavanoe**

 **天津峰远科技有限公司**
11 February 2026 . Payment

**−$30.98 USD**

**Paid with**

█████████
(████████████

$30.98 USD

You'll see "PAYPAL *FENGYUANKEJN9XN" on your card statement.

**Ship to**

████████

111 W JACKSON BLVD
none
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

2R8207127F844500A

**Seller info**

天津峰远科技有限公司
**pkbestserviceforyou@gmail.com**

**Invoice ID**

2407390318439598955474
-001

**Order summary**

 To My Badass Daughter Coffee Mug

$25.99 USD

Shipping

**$4.99 USD**

Total

**$30.98 USD**

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 August 2026**. You may be **eligible for purchase protection**

**034 diamondartgift**

 **CHINATERA LIMITED**
23 January 2026 . Payment

**−$17.07 USD**

---

**Paid with**

████████████████     $17.07 USD

You'll see "PAYPAL
*CHINATERA" on your card
statement.

on 23 January 2026

**Ship to**
████████

Vic Millward
1111 W 35TH ST
15TH FLOOR
CHICAGO, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

9JA642130P7899639

**Seller info**

CHINATERA LIMITED
**payment@diamondartgift.com**

**Invoice ID**

aV1ewvKPjuxW1ycubBWdx
mkr0

**Order summary**

 Diy Diamond Painting
Handbag Reusable
Shoulder Shopping Tote
(Bb005 Woman)

$9.88 USD

| | |
|---|---|
| Shipping | **$5.60 USD** |
| Tax | **$1.59 USD** |
| **Total** | **$17.07 USD** |

---

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 July 2026**. You may be
**eligible for purchase protection**

**035 coodeals**

**深圳市龙岗区宝龙街道大单多多贸易商行（个体工商户）**
11 February 2026 . Payment

−£17.64 GBP

**Paid with**

█████████████████     £17.64 GBP

You'll see "PAYPAL *LONGGANGQUBJ9Q6" on your card statement.

**Ship to**

███████████

111 W JACKSON BLVD
2W
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

3MM02191TW391791D

**Seller info**

深圳市龙岗区宝龙街道大单多多贸易商行（个体工商户）
+86 15119583590
**zgj656565@gmail.com**

**Invoice ID**

191105194023724552063

**Order summary**

| | | |
|---|---|---|
| | Butterfly Girl 40*50CM(Canvas) Full Round Drill Diamond Painting Product ID: DP606473 | £8.99 GBP |
| TransactionDiscount | | - £1.35 GBP |
| Shipping | | £10.00 GBP |
| **Total** | | **£17.64 GBP** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 August 2026**. You may be **eligible for purchase protection**

**035 fanwells**



**深圳市龙岗区宝龙街道大单多多贸易商行（个体工商户）**
11 February 2026 . Payment

**−£19.65 GBP**

**Paid with**

█████████████████          £19.65 GBP

You'll see "PAYPAL *LONGGANGQUBJ9Q6" on your card statement.

**Ship to**

███████

111 W JACKSON BLVD
2W
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

17H72630DT156383T

**Seller info**

深圳市龙岗区宝龙街道大单多多贸易商行（个体工商户）
+86 15119583590
**zgj656565@gmail.com**

**Invoice ID**

207323194023241298687

**Order summary**

| | | |
|---|---|---|
| | Butterfly Girl 50*60CM(Canvas) Full Round Drill Diamond Painting Product ID: DP649880 | £15.69 GBP |
| TransactionDiscount | | - £2.04 GBP |
| Shipping | | £6.00 GBP |
| **Total** | | **£19.65 GBP** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 August 2026**. You may be **eligible for purchase protection**

**035 handdeals**

**深圳市龙岗区宝龙街道大单多多贸易商行（个体工商户）** −$22.34 USD
11 February 2026 . Payment

**Paid with**

████████ ████████ $22.34 USD

You'll see "PAYPAL *LONGGANGQUBJ9Q6" on your card statement.

**Ship to**

██████████

111 W JACKSON BLVD
2W
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

7SU225418N019771A

**Seller info**

深圳市龙岗区宝龙街道大单多多贸易商行（个体工商户）
+86 15119583590
**zgj656565@gmail.com**

**Invoice ID**

133619194023972392642

**Order summary**

| Butterfly Girl 50*60CM(Canvas) Full Round Drill Diamond Painting Product ID: DP649880 | $15.69 USD |
|---|---|
| TransactionDiscount | - $2.35 USD |
| Shipping | $9.00 USD |
| **Total** | **$22.34 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 August 2026**. You may be **eligible for purchase protection**