**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KATE LOUISE POWELL, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.: 1:26-cv-2199 |
| | ) | |
| | ) | Hon. Judge Andrea R. Wood |
| | ) | |
| THE PARTNERSHIPS AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate Judge Daniel P. McLaughlin. |
| IDENTIFIED ON SCHEDULE A. | ) | |
| | ) | |
| *Defendants.* | ) | |

## <u>DEFENDANT CORPORATE DISCLOSURES AND NOTIFICATION AS TO AFFILIATES</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, teachersgram (Defendant No. 32), by and through the undersigned counsel, hereby certifies that it is a corporation existing under the laws of China with no parent company or publicly held company owning 5% or more of its stock.

Dated: August 12, 2026                    Respectfully submitted,

<u>/s/    Ni Xue          </u>
Ni Xue, Esq.
Kemet Law Group
1825 NW Corporate Blvd., Suite 110
Boca Raton, FL 33431
Tel: (561) 870-0605
Email: nixuesydney@gmail.com，
        ni@kemetlawgroup.com

*Attorney for Defendant teachersgram*