**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KATE LOUISE POWELL,<br>*Plaintiff*,<br>v.<br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A.<br>*Defendants*. | ) | Case No.: 1:26-cv-2199<br>Hon. Judge Andrea R. Wood<br>Magistrate Judge Daniel P. McLaughlin. |

**RENEWED UNOPPOSED MOTION OF DEFENDANT FOR EXTENSION OF TIME TO FILE ANSWER**

NOW COMES Defendant of teachersgram (Defendant No. 32, hereinafter referred to as "Defendant"), through its undersigned counsel, and respectfully requests that this Court extend the time to file a response to the Complaint. In support, Defendant states the following:

1. Plaintiff filed its Complaint on February 26, 2026. [Dkt. 1]
2. Defendant was ostensibly served with process on May 7, 2026. [Dkt. 25]
3. However, Defendant's operating email associated with the store teachersgram did not receive the summons.
4. Defendant has just retained counsel on August 6, 2026, is reviewing relevant documents, preparing a response, and has begun negotiations with Plaintiff regarding potential settlement, including the exchange of offers.
5. The Defendant needs additional time to reach out to the Plaintiff for relevant documents to review, and negotiate for a potential settlement, or if not,

6. This Court may, for good cause, extend the time by which defendants' response is due after the time has expired if the defendants failed to act because of excusable neglect. Fed. R. Civ. P. 6(b)(1)(B). "Under Rule 6(b)(1) as interpreted by case law, the term "good cause" imposes a light burden." *McCann v. Cullinan*, 2015 WL 4254226, at * 10 (N.D. Ill 2015), citing, *1 Moore's Federal Practic*e § 6.06 [2] p. 632 (Matthew Bender 3d ed. 2013); See, Sec. *Ins. Co. of Hartford v. Schipporeit, Inc.*, 69 F.3d 1377, 1381 (7th Cir. 1995), citing, *C.K.S. Eng'rs, Inc. v. White* Case: 1:23-cv-04608 Document #: 55 Filed: 10/25/23 Page 1 of 2 Page ID #:2731 Mountain Gypsum Co., 726 F.2d 1202, 1205 (7th Cir. 1984) ("[I]t is the policy of [the Seventh Circuit] to favor trials on the merits over default judgments."); See also, *Anderson v. Stanco Sports Library, Inc*., 52 F.R.D. 108, 109 (D. S.C. 1971) (granting defendant's motion for an extension arguing that "judgment by default has not been entered. It is not contended that plaintiff would be prejudiced by the answer of the defendant and trial upon the merits. On the other hand, to enter default would deprive defendant of its day in court and preclude just determination of the question of liability.").
7. Defendant respectfully requests that this Court extend the deadline by 14 days from the date of this filing, through August 31, 2026.
8. This motion has been filed in good faith and is not interposed for purposes of delay.
9. This is the first motion for an extension filed by Defendant in this case.
10. On August 6, 2026, Defendant requested whether Plaintiff would oppose an extension of time. Plaintiff has expressed that it did not oppose the extension upon Defendant's confirmation of acceptance of Plaintiff's service by filing an Attorney Appearance.

11. On August 10 and 11, 2026, Defendant rejected that the filing of the Attorney Appearance should be construed as an acceptance of Plaintiff's service because Defendant's operating email address never received Plaintiff's service of summons.
12. On August 14 and 17, 2026, Defendant held conference calls with Plaintiff to negotiate a potential settlement, including the exchange of offers. Both parties are actively working on to approach a mutually acceptable resolution.
13. During the August 17 call, Plaintiff indicated it did not oppose the extension. Accordingly, Defendant submits this Renewed Motion as unopposed.

**WHEREFORE**, for the foregoing reasons, Defendant respectfully requests that this Honorable Court enter an Order:

**a)** Extending the date on which Defendant's response to Plaintiff's Complaint is due to August 31, 2026.

Dated: August 17, 2026

Respectfully submitted,

*/s/ Ni Xue*

Ni Xue, Esq.
Kemet Law Group
1825 NW Corporate Blvd., Suite 110
Boca Raton, FL 33431
Tel.: (561) 870-0605
Email: nixuesydney@gmail.com,
ni@kemetlawgroup.com

*Attorney for Defendant teachersgram*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on August 17, 2026.

/s/ *Ni Xue*