**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kate Louise Powell, et al.

Plaintiff,

v.

Case No.: 1:26−cv−02199
Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 16, 2026:

MINUTE entry before the Honorable Andrea R. Wood: The Court has reviewed Plaintiff's status report [50]. Telephonic status hearing set for 10/20/2026 is stricken. Instead, by 11/16/2026, Plaintiff shall file a status report regarding service of process on Defendant seseable (No. 31) and any other pending matters. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.