**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Kate Louise Powell<br>Plaintiff,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A<br><br>Defendants. | Case No. 1:26-cv-02199<br><br>Honorable Andrea R. Wood |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of this Court, the undersigned requests the Court's permission for leave to withdraw his appearance on behalf of Defendant, **Diamondspaintingfactory (aka Diamondspaintingfactory.com),** in the above-captioned action. In support therefore, Defendant states as follows:

1. The undersigned was engaged by the Defendant on or about May 11, 2026 to negotiate a settlement with Plaintiff.

2. On May 30, 2026, the undersigned filed an appearance for the Defendant as well as a motion for extension of time for the Defendant to file a response to the Plaintiff's Complaint to allow for more time to negotiate and the settlement.

3. On or about October 7, 2026, the undersigned was informed that Defendant decided to terminate undersigned's representation.

4. The undersigned has informed the Defendant that he would withdraw from the representation, and informed the Defendant the possible consequences of the withdrawal. Defendant acknowledged that he understood the consequences, and agreed to the undersigned' withdrawal.

5. For the foregoing reasons, the undersigned's withdrawal from representation of the Defendant will not prejudice the Defendant.

6. The undersigned was informed by Defendant that, should there be a need for the Court to reach the Defendant, the Defendant may be reached by the following information:

Lu Yang
Shengtianxia Building, Banxuegang Boulevard, Longgang District
Shenzhen City, Guangdong Province, China 518129
Telephone: +86 15220064367
Email: 1811687248@qq.com
Store Name / Storefront: diamondspaintingfactory

WHEREFORE, the undersigned respectfully requests that this Court grant him leave to withdraw his appearance on behalf of the Defendant.

Dated: October 20, 2026

By: /s/ Yong Chen
Yong Chen
Attorney for Defendant
14 Penn Plaza, Ste 2022
New York, NY 10122
212.547.6694
Email: ychen@ambizlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **Motion to Withdraw** was served upon on all counsel of record electronically through CM/ECF on October 20, 2026.

*/s/ Yong Chen*