AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

Kate Louise Powell

*Plaintiff(s)*

v.

The Partnerships and Unincorporated Associations Identified on Schedule A

*Defendant(s)*

Civil Action No. 1:26-cv-02199

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* seseable
c/o Color Ecommerce Pte. Ltd. (UEN 201734364M)
114 Lavender Street, #11-83, CT Hub 2
Singapore 338729, Republic of Singapore

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Keith A. Vogt
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: attorney@vogtip.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: August 3, 2026

Veronica Warszawska
*Signature of Clerk or Deputy Clerk*
THOMAS G. BRUTON, CLERK
(By) DEPUTY CLERK

**CENTRAL AUTHORITY OF USA**

**UNITED STATES DISTRICT COURT**
**for the Northern District of Illinois**

**Civil Action No. 1:26-cv-02199**

**REQUEST FOR SERVICE OF DOCUMENTS ON COLOR ECOMMERCE PTE. LTD.**

**AFFIDAVIT OF SERVICE**

I, Mohamad Hisham Bin Samsudin, Process Server of the Supreme Court of Singapore, do solemnly and sincerely affirm and say as follows:

1. Having been directed to effect service of the documents listed in the Request for Service Abroad of Judicial or Extrajudicial Documents dated 4 August 2026 ("Request"), which is set out in Part 1 of the Model Form annexed to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters done at The Hague on 15 November 1965, (collectively, the **"Documents"**) on **COLOR ECOMMERCE PTE. LTD.**.

   (i) On Monday, 12 October 2026 at 11:13 AM, I served the Documents on COLOR ECOMMERCE PTE. LTD. by leaving a copy of the said Documents at its registered office located at 114 Lavender Street #11-83 CT Hub 2 Singapore 338729.

   A copy of the Request with a record of my service attempt of the Documents is annexed hereto and marked as exhibit **"MH-1"**.

Affirmed at Singapore by the abovenamed)
Mohamad Hisham Bin Samsudin )
On the 15th day of October 2026 )

[signature]

Before me

[signature]

COMMISSIONER FOR OATH

COMMISSIONER FOR OATHS ★ COURT INTERPRETER, SINGAPORE ★
Rageswari d/o Suppiah
CI2026/0005
1 Apr 2026 – 31 Mar 2027

SUCCESSFUL (SID6245/2026/NL)

HSS-update 20250805

THIS IS THE EXHIBIT MARKED **"MH-1"**

REFERRED TO IN

THE AFFIDAVIT

OF **MOHAMAD HISHAM BIN SAMSUDIN**

AFFIRMED ON

THIS 15th DAY OF OCTOBER 2026

IN SINGAPORE

BEFORE ME

Rageswari

A COMMISSIONER FOR OATHS

COMMISSIONER FOR OATHS
Rageswari
d/o Suppiah
CI2026/0005
1 Apr 2026 – 31 Mar 2027
COURT INTERPRETER, SINGAPORE

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| **Identity and address of the applicant**<br>Identité et adresse du requérant | **Address of receiving authority**<br>Adresse de l'autorité destinataire |
|---|---|
| Yanling Jiang, Esq. (ARDC No. 6309336)<br>JiangIP LLC<br>33 W. Jackson Blvd., #2W<br>Chicago, Illinois 60604, USA<br>Tel: +1 630-733-9483 yanling@jiangip.com | Ministry of Law<br>Central Authority - Republic of Singapore<br>100 High Street, #08-02, The Treasury<br>Singapore 179434<br>Republic of Singapore |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)

~~sese~~able - Color Ecommerce Pte. Ltd.
(UEN 201734364M)
114 Lavender Street, #11-83, CT Hub 2
Singapore 338729, Republic of Singapore

| | | |
|---|---|---|
| X☐ | *a)* | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre *a*)* |
| ☐ | *b)* | **in accordance with the following particular method (sub-paragraph *b*) of the first paragraph of Article 5)*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre *b*)* :<br>____ |
| ☐ | *c)* | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

***List of documents*** / *Énumération des pièces*

- Summons in a Civil Action (Form AO 440)
- Complaint
3. Schedule A to the Complaint
4. Civil Cover Sheet

* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à Chicago, Illinois<br><br>**The** / le 4 August 2026 | **Signature and/or stamp**<br>Signature et / ou cachet<br>[signature] |

***SID6245/2026/NL***

*This Request of Service of documents were served by me, Mohamad Hisham Bin Samsudin on COLOR ECOMMERCE PTE. LTD. at 114 Lavender Street #11-83 CT Hub 2 Singapore 338729. On Monday, 12 October 2026 at 11:13 AM, I served the documents on COLOR ECOMMERCE PTE. LTD. by leaving a copy of the said documents at its registered office located at 114 Lavender Street #11-83 CT Hub 2 Singapore 338729.*

*Mohamad Hisham Bin Samsudin*

*Process Server*

*Supreme Court Singapore*